**Appeal Dismissed and Memorandum Opinion filed July 28, 2022.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-22-00352-CR**

**JUAN MANUEL ORTIZ, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court
Harris County, Texas
Trial Court Cause No. 9422267**

## MEMORANDUM OPINION

The record reflects we lack jurisdiction over this appeal because the signed order denying appellant's motion for nunc pro tunc judgment is not an appealable order. *See Ex parte Florence*, 319 S.W.3d 695, 696 (Tex. Crim. App. 2010) ("If the trial court denies the motion for judgment nunc pro tunc or fails to respond, relief may be sought by filing an application for writ of mandamus in a court of appeals.").

On July 14, 2022, this court notified the parties that the appeal would be dismissed for lack of jurisdiction unless a party demonstrated that the court has jurisdiction. No response has been received.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Jewell.
Do Not Publish — Tex. R. App. P. 47.2(b)